**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NANCY A. WYKEL,                  :    No. 167 MAL 2023

             Petitioner           :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

          v.                    :

WILLIAM N. KNAPP A/K/A WILLIAM A.N.    :
KNAPP AND U.S. BANK TRUST           :
NATIONAL ASSOCIATION, AS TRUSTEE     :
OF THE CHALET SERIES III TRUST,       :

          Respondent         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of August, 2023, the Petition for Allowance of Appeal is

**DENIED**.  Respondent's Petition for Leave to File an Answer to the Amended Petition for

Allowance of Appeal *Nunc Pro Tunc* is hereby **DISMISSED** as moot.